UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | MARTINEZ, ALMA R | § | Case No. 09-23435 |
|---|---|---|---|
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 07/27/2011 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/23/2011   By:   /s/Glenn R. Heyman
                                 Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MARTINEZ, ALMA R  § Case No. 09-23435
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,001.15 |
| *and approved disbursements of* | $ 5.73 |
| *leaving a balance on hand of* [1] | $ 4,995.42 |
| **Balance on hand:** | $ 4,995.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,995.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,250.11 | 0.00 | 1,250.11 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 1,891.50 | 0.00 | 1,891.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,141.61 |
| Remaining balance: | $ 1,853.81 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $       0.00
Remaining balance:  $   1,853.81

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $       0.00
Remaining balance:  $   1,853.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,457.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 4,659.72 | 0.00 | 274.60 |
| 2 | Chase Bank USA, N.A. | 1,773.96 | 0.00 | 104.54 |
| 3 | Chase Bank USA, N.A. | 651.90 | 0.00 | 38.42 |
| 4 | Chase Bank USA, N.A. | 3,927.43 | 0.00 | 231.44 |
| 5 | Active Real Estate Inc | 5,128.79 | 0.00 | 302.24 |
| 6 | PYOD LLC its successors&assigns, assignee of Citibank | 303.17 | 0.00 | 17.87 |
| 7 | PYOD LLC its successors&assigns, assignee of Citibank | 5,088.53 | 0.00 | 299.87 |
| 8 | PYOD LLC its successors&assigns as assignee of Citibank | 3,988.41 | 0.00 | 235.04 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 9 | PRA Receivables Mgmt,agent of Portfolio Recovery assocs. | 305.93 | 0.00 | 18.00 |
| 10 | Fia Card Services, NA/Bank of America | 3,930.31 | 0.00 | 231.61 |
| 11 | Fia Card Services, NA/Bank of America | 1,700.05 | 0.00 | 100.18 |

Total to be paid for timely general unsecured claims: $ 1,853.81
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                     Case No. 09-23435-ERW
Alma R Martinez                                            Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: adragonet           Page 1 of 1           Date Rcvd: Jun 24, 2011
                              Form ID: pdf006           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2011.
db           +Alma R Martinez,    5441 S Latrobe Ave, Apt. 1,    Chicago, IL 60638-2952
aty          +Glenn R Heyman,    Crane Heyman Simon Welch & Clar,    135 South Lasalle Ste 3705,
               Chicago, IL 60603-4101
aty          +Steven Schmall,    Katz Law Offices,    4105 W. 26 Street,    Chicago, IL 60623-4313
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
14098792     +Active Real Estate Inc,    200 N. LaSalle St., Suite 2350,    Chicago, IL 60601-1044
14098783      At&t Universal Card,    P.O. Box 44167,    Jacksonville, FL 32231-4167
14098784      Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
14098785     +Card Service Center,    P.O. Box 6276,    Sioux Falls, SD 57117-6276
14098786      Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14098787      Chase,   Cardmember Service,    PO Box 15325,    Wilmington, DE 19886-5325
14997553      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14098788      Citi Cards,    P.O. Box 688901,    Des Moines, IA 50368-8901
14098790     +Harris CLC,    3800 Gold Rd, Ste 300,    Rolling Meadows, IL 60008-4005
14098791      Macy's,    P.O. Box 689195,    Des Moines, IA 50368-9195
14098793      National City,    P.O. Box 856176,    Louisville, KY 40285-6176
15355552     +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    c/o Best Buy,
               POB 41067,    NORFOLK VA 23541-1067
15074921     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14098794      Reward Zone Program Mastercard,    P.O. Box 88000,    Baltimore, MD 21288-0001
14098795      Sears Credit Cards,    P.O. Box 183081,    Columbus, OH 43218-3081
14098796      Sinai Health System,    1905 Paysphere Circle,    Chicago, IL 60674-0091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14979525      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 25 2011 03:24:34      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio    43054-3025
14098789      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 25 2011 03:24:34      Discover,   P.O. Box 6103,
               Carol Stream, IL 60197-6103
15389981      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2011 00:05:29
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2011**                               **Signature:**   *Joseph Speetjens*