**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: MARTINEZ, ALMA R                                §   Case No. 09-23435
                                                       §
                                                       §
                                                       §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                          Assets Exempt: $7,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,853.88       Claims Discharged
                                                 Without Payment: $38,202.18

Total Expenses of Administration: $3,147.34

---

    3) Total gross receipts of $ 5,001.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,001.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,147.34 | 3,147.34 | 3,147.34 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,211.42 | 31,457.80 | 31,457.80 | 1,853.88 |
| **TOTAL DISBURSEMENTS** | $39,211.42 | $34,605.14 | $34,605.14 | $5,001.22 |

    4) This case was originally filed under Chapter 7 on June 27, 2009. The case was pending for 26 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2011    By: /s/GLENN R. HEYMAN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Toyota Corolla | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 1.22 |
| **TOTAL GROSS RECEIPTS** | | **$5,001.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,250.11 | 1,250.11 | 1,250.11 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 1,891.50 | 1,891.50 | 1,891.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.73 | 5.73 | 5.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 0.68 | 0.68 | 0.68 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | Claims Paid |
|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | -0.68 | -0.68 | -0.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,147.34 | 3,147.34 | 3,147.34 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 4,596.88 | 4,659.72 | 4,659.72 | 274.61 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 1,764.94 | 1,773.96 | 1,773.96 | 104.54 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 606.03 | 651.90 | 651.90 | 38.42 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 3,570.72 | 3,927.43 | 3,927.43 | 231.45 |
| 5 | Active Real Estate Inc | 7100-000 | 5,128.79 | 5,128.79 | 5,128.79 | 302.25 |
| 6 | PYOD LLC its successors&assigns,assignee | 7100-000 | 234.23 | 303.17 | 303.17 | 17.87 |
| 7 | PYOD LLC its successors&assigns, assignee | 7100-000 | 5,005.59 | 5,088.53 | 5,088.53 | 299.88 |
| 8 | PYOD LLC its successors&assigns as | 7100-000 | 3,823.14 | 3,988.41 | 3,988.41 | 235.04 |
| 9 | PRA Receivables Mgmnt,agent of Portfolio Recovery | 7100-000 | 269.49 | 305.53 | 305.53 | 18.01 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | 3,924.07 | 3,930.31 | 3,930.31 | 231.62 |
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | 1,689.28 | 1,700.05 | 1,700.05 | 100.19 |
| NOTFILED | Card Service Center | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 844.03 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Harris CLC | 7100-000 | 5,819.94 | N/A | N/A | 0.00 |
| NOTFILED | Sinai Health System | 7100-000 | 331.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 1,603.29 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 39,211.42 | 31,457.80 | 31,457.80 | 1,853.88 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-23435  
Case Name: MARTINEZ, ALMA R  

Period Ending: 09/13/11

Trustee: (330360) GLENN R. HEYMAN  
Filed (f) or Converted (c): 06/27/09 (f)  
§341(a) Meeting Date: 08/11/09  
Claims Bar Date: 04/14/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Checking Account with JP Morgan Chase Bank | 1,600.00 | 0.00 | | 0.00 | FA |
| 2   Living room furniture, dining room furniture, ki | 1,000.00 | 0.00 | | 0.00 | FA |
| 3   Women's and girl's clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 4   Life insurance policy with Primerica, no cash va | 0.00 | 0.00 | | 0.00 | FA |
| 5   2004 Toyota Corolla | 7,500.00 | 5,100.00 | | 5,000.00 | FA |
| 6   Desk and computer | 1,000.00 | 0.00 | | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 1.22 | FA |
| 7  Assets     Totals (Excluding unknown values) | **$12,600.00** | **$5,100.00** | | **$5,001.22** | **$0.00** |

Major Activities Affecting Case Closing:

    07/15: Still receiving payments for settlement on Toyota Corolla, will check claims and file objections if necessary

Initial Projected Date Of Final Report (TFR):    February 28, 2011         Current Projected Date Of Final Report (TFR):    June 3, 2011  (Actual)

Printed: 09/13/2011 03:13 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-23435 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | MARTINEZ, ALMA R | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****70-65 - Money Market Account |
| Taxpayer ID #: | **-***1914 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/10 | {5} | Alma R. Martinez | Payment for Toyota Corolla Automobile | 1129-000 | 555.55 | | 555.55 |
| 02/26/10 | {5} | Alma Martinez | Second payment for settlement on Toyota Corolla | 1129-000 | 555.00 | | 1,110.55 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 1,110.56 |
| 03/30/10 | {5} | Alma Martinez | Third payment for Toyota Corolla automobile | 1129-000 | 556.10 | | 1,666.66 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,666.70 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 1,666.71 |
| 04/06/10 | | Wire out to BNYM account 9200******7065 | Wire out to BNYM account 9200******7065 | 9999-000 | -1,666.71 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -1,666.71 | 0.00 | |
| | | | Subtotal | | 1,666.71 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,666.71 | $0.00 | |

{} Asset reference(s)    Printed: 09/13/2011 03:13 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-23435 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | MARTINEZ, ALMA R | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******70-65 - Money Market Account |
| Taxpayer ID #: | **-***1914 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7065 | Wire in from JPMorgan Chase Bank, N.A. account ********7065 | 9999-000 | 1,666.71 | | 1,666.71 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,666.78 |
| 05/03/10 | {5} | Alma Martinez | Fourth installment of settlement on Toyota Corolla | 1129-000 | 555.55 | | 2,222.33 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 2,222.46 |
| 06/11/10 | {5} | Alma Martinez | Fifth installment settlement on Toyota Corolla | 1129-000 | 555.55 | | 2,778.01 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 2,778.16 |
| 07/01/10 | {5} | Alma Martinez | Sixth Installment settlement on Toyota Corolla | 1129-000 | 555.55 | | 3,333.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 3,333.91 |
| 08/02/10 | {5} | Alma Martinez | Installment of settlement for Toyota Corolla | 1129-000 | 555.55 | | 3,889.46 |
| 08/27/10 | {5} | Alma Martinez | Installment on Toyota Corolla Settlement | 1129-000 | 555.55 | | 4,445.01 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 4,445.23 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,445.26 |
| 10/04/10 | {5} | Alma Martinez | Last installment of settlement for Toyota Corolla | 1129-000 | 555.60 | | 5,000.86 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.89 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.92 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.96 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,001.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,001.03 |
| 02/28/11 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-23435  Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 5.73 | 4,995.30 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,995.34 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,995.38 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,995.42 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,995.46 |
| 07/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 4,995.49 |
| 07/27/11 | | To Account #9200******7066 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 4,995.49 | 0.00 |

|  |  | |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 5,001.22 | 5,001.22 | $0.00 |
| | Less: Bank Transfers | 1,666.71 | 4,995.49 | |
| | Subtotal | 3,334.51 | 5.73 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $3,334.51 | $5.73 | |

{} Asset reference(s)          !-Not printed or not transmitted                                    Printed: 09/13/2011 03:13 PM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-23435 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | MARTINEZ, ALMA R | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******70-66 - Checking Account |
| Taxpayer ID #: | **-***1914 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/11 | | From Account #9200******7065 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 4,995.49 | | 4,995.49 |
| 07/27/11 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,250.11, Trustee Compensation;  Reference: | 2100-000 | | 1,250.11 | 3,745.38 |
| 07/27/11 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $1,891.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,891.50 | 1,853.88 |
| 07/27/11 | 103 | DISCOVER BANK | Dividend paid   5.89% on $4,659.72; Claim# 1; Filed: $4,659.72; Reference: | 7100-000 | | 274.61 | 1,579.27 |
| 07/27/11 | 104 | Chase Bank USA, N.A. | Dividend paid   5.89% on $1,773.96; Claim# 2; Filed: $1,773.96; Reference: | 7100-000 | | 104.54 | 1,474.73 |
| 07/27/11 | 105 | Chase Bank USA, N.A. | Dividend paid   5.89% on $651.90; Claim# 3; Filed: $651.90; Reference: | 7100-000 | | 38.42 | 1,436.31 |
| 07/27/11 | 106 | Chase Bank USA, N.A. | Dividend paid   5.89% on $3,927.43; Claim# 4; Filed: $3,927.43; Reference: | 7100-000 | | 231.45 | 1,204.86 |
| 07/27/11 | 107 | Active Real Estate Inc | Dividend paid   5.89% on $5,128.79; Claim# 5; Filed: $5,128.79; Reference: | 7100-000 | | 302.25 | 902.61 |
| 07/27/11 | 108 | PYOD LLC its successors&assigns,assignee of Citibank | Dividend paid   5.89% on $303.17; Claim# 6; Filed: $303.17; Reference: | 7100-000 | | 17.87 | 884.74 |
| 07/27/11 | 109 | PYOD LLC its successors&assigns, assignee of Citibank | Dividend paid   5.89% on $5,088.53; Claim# 7; Filed: $5,088.53; Reference: | 7100-000 | | 299.88 | 584.86 |
| 07/27/11 | 110 | PYOD LLC its successors&assigns as assignee of Citibank | Dividend paid   5.89% on $3,988.41; Claim# 8; Filed: $3,988.41; Reference: | 7100-000 | | 235.04 | 349.82 |
| 07/27/11 | 111 | PRA Receivables Mgmnt,agent of Portfolio Recovery assocs. | Dividend paid   5.89% on $305.53; Claim# 9; Filed: $305.53; Reference: | 7100-000 | | 18.01 | 331.81 |
| 07/27/11 | 112 | Fia Card Services, NA/Bank of America | Dividend paid   5.89% on $3,930.31; Claim# 10; Filed: $3,930.31; Reference: | 7100-000 | | 231.62 | 100.19 |
| 07/27/11 | 113 | Fia Card Services, NA/Bank of America | Dividend paid   5.89% on $1,700.05; Claim# 11; Filed: $1,700.05; Reference: | 7100-000 | | 100.19 | 0.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 0.68 | -0.68 |
| 08/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.68 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 4,995.49 | 4,995.49 | $0.00 |
| Less: Bank Transfers | 4,995.49 | 0.00 | |
| Subtotal | 0.00 | 4,995.49 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,995.49 | |

{} Asset reference(s)

Printed: 09/13/2011 03:13 PM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-23435 | **Trustee:** GLENN R. HEYMAN (330360) |
| **Case Name:** MARTINEZ, ALMA R | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******70-66 - Checking Account |
| **Taxpayer ID #:** **-***1914 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/13/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | T-Code | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****70-65 | 1,666.71 | 0.00 | 0.00 |
| MMA # 9200-******70-65 | 3,334.51 | 5.73 | 0.00 |
| Checking # 9200-******70-66 | 0.00 | 4,995.49 | 0.00 |
| | $5,001.22 | $5,001.22 | $0.00 |

{} Asset reference(s)    Printed: 09/13/2011 03:13 PM    V.12.57